**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

| | | |
|---|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>TAL ALEXANDER and ALON ALEXANDER<br><br>Defendants. | : | Case No.: 1:25-cv-01631<br><br>**NOTICE OF APPEARANCE** |

---------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Michael J. Willemin of Wigdor LLP hereby enters his appearance as counsel on behalf of Plaintiff Jane Doe in the above-captioned matter.

Dated: August 25, 2026
New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: ______________________________
Michael J. Willemin

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mwillemin@wigdorlaw.com

*Counsel for Plaintiff*