UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Jane Doe
Plaintiff,

Case No. 25 Civ. 1631

-against-

Alon Alexander and Tal Alexander
Defendant.

---

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Deanna Paul
FILL IN ATTORNEY NAME

My SDNY Bar Number is:________________ My State Bar Number is 4992665

I am,

[X] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Walden Haran Williams LLP
FIRM ADDRESS: 250 Vesey Street, 27th Floor, NY, NY 10281
FIRM TELEPHONE NUMBER: 212-335-2030
FIRM FAX NUMBER:______________________________________

NEW FIRM:
FIRM NAME: Geragos & Geragos APC
FIRM ADDRESS: 256 5th Avenue, 3rd Floor, NY, NY 10001
FIRM TELEPHONE NUMBER: 213-625-3900
FIRM FAX NUMBER:______________________________________

[X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on ______________ by Judge_________________________.

Dated: 09/14/26

ATTORNEY'S SIGNATURE