WIGDOR.

**Michael J. Willemin**
mwillemin@wigdorlaw.com

October 16, 2026

**VIA ECF**

Hon. Jeannette A. Vargas
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 703
New York, NY 10007

Re: Doe v. Alexander et al., Case No. 1:25-cv-01631-JAV

Dear Judge Vargas,

We represent Plaintiff Jane Doe in the above-captioned matter and write jointly with Defendants Tal Alexander and Alon Alexander to provide a status update pursuant to the Court's April 25, 2025 Order (Dkt. No. 19) and in follow up to the last status report submitted July 20, 2026 (Dkt. No. 24).

This case continues to be stayed pending the outcome of another matter, Parker v. Alexander, No. 25-487,[1] in relation to the issue of preemption of the revival window of the Victims of Gender-Motivated Violence Protection Law, a city law, by the earlier revival periods in the Child Victims Act and the Adult Survivors Act, both of which are state laws. The Second Circuit originally heard Parker in tandem with Doe v. Black, No. 25-564. After oral arguments however, Doe was remanded for further proceedings in the District Court. The preemption question was certified to the New York Court of Appeals through the Parker case. The issue is now fully briefed, and oral argument is set for January 6, 2027. In our prior letters, the parties jointly requested that the Court continue to stay this case pending a decision by the New York Court of Appeals in Parker.

Additionally, Defendants and their brother, Oren Alexander, are set to be sentenced for their criminal convictions on October 27, 2026, recently rescheduled from October 6.

[1] These case numbers refer to the Second Circuit.

WIGDOR.



The parties will continue to file a status report every 90 days, as directed by the Court. We are at the Court's disposal should Your Honor have any questions.

Respectfully submitted,

Michael J. Willemin